IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LASHONDA WOODS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-2690-x |
| | § | |
| PANINI AMERICA INC, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S EXPERT DISCLOSURES

In accordance with the Court's Scheduling Order and Federal Rules of Civil Procedure,

Plaintiff La Shonda Woods makes her expert disclosure as follows:

## Expert Witnesses

Rogge Dunn, Esq.
Rogge Dunn Group, PC
500 N. Akard, Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833

Joshua Iacuone, Esq.
Greg McAllister, Esq.
Iacuone McAllister Potter PLLC
Energy Square One
4925 Greenville Ave., Suite 700
Dallas, Texas 75206
214.432.1662

## Subject Matter of the Attorneys' Fee Experts' Opinions

The subject matter about which Mr. Dunn, Mr. Iacuone, and/or Mr. McAllister (hereinafter collectively the "Attorneys' Fees Experts") are expected to testify and the opinions they will express and/or present evidence includes: the subject of attorneys' fees; what the reasonable and necessary amount of attorneys' fees would be for prosecuting and/or defending Case No. 3:23-cv-02691-N (hereinafter this "Action") and the causes of action, claim(s) and defenses pled in the Action, including Defendant's (hereinafter "Opposing Party(ies)") response to and defense of

1

this Action; and/or the prosecution of Opposing Party(ies)'s counterclaim(s), if any, and claim(s), if any, and whether the attorneys' fees actually incurred or the time and activities undertaken by the Designating Party(ies)'s attorneys and the Opposing Party(ies)'s attorneys (in the event Opposing Party(ies) seeks attorneys' fees) were reasonable and necessary; the reasonableness and necessity of any attorneys' fees sought by the Parties; and what a reasonable and necessary amount of attorneys' fees would be to prosecute any claim, defense, cause of action or legal theory that would support an award of attorneys' fees in this Action.

See also, documents produced by the Parties in this Action and see also any deposition testimony given in this Action.

## General Substance of Attorneys' Fee Experts' Mental Impressions and Opinions

The mental impressions and opinions held by the Attorneys' Fees Experts and which they will express concern the amount of the reasonable and necessary attorneys' fees incurred by Designating Party(ies) to prosecute these causes of action and/or claims upon which Designating Party(ies) seeks recovery of attorneys' fees through the time of trial; that the Attorneys' Fees Experts have had experience handling, prosecuting and defending cases, claims and causes of action similar to those pled in this Action; whether the rates charged by Designating Party(ies)'s attorneys and paralegals in this Action are fair and reasonable in general and in the courts (including and not limited to federal courts in Texas and/or courts in Dallas County, Texas); and whether or not the work performed, strategy, actions and work undertaken and pleadings filed by Designating Party(ies)'s attorneys was reasonable and necessary.

The Attorneys' Fees Experts may or will express opinions regarding the following issues on attorneys' fees, including the standards, customs and practices, facts and law supporting those opinions:

1. Whether the attorneys' fees were necessary and incurred.

2. Whether the fees were reasonable including the base (hours worked and the amount charged per hour), the description of the work performed, whether the work was necessary to the prosecution or defense of the case (or both), and whether the fees were reasonable. They will also testify regarding the reasonable hourly rate prevailing in the county for similar work.

3. Adjustment factors including:

(a) the time and labor required, the novelty and difficulty of the questions involved, and the skill required to perform the legal services properly;
(b) the likelihood that the acceptance of the particular employment precluded other employment by the lawyers;
(c) the fee customarily charged in the locality for similar legal services;
(d) the amount involved and the results obtained;
(e) the time limitations imposed by the client or the circumstances;

2

(f)      the nature and length of the professional relationship with the client;

(g)      the experience, reputation, and ability of the lawyers performing the services; and

(h)      whether the fee is fixed or contingent on results obtained and the uncertainty of collection before the legal services have been rendered.

The mental impressions and opinions held by the Attorneys' Fees Experts are that the  attorneys' fees incurred by the Designating Party(ies) in this Action to date and through the time of trial have been and are reasonable and necessary in federal courts in Texas and/or courts in Dallas County, Texas; that the Designating Party(ies)'s attorneys' have had experience handling cases similar to this Action, and are knowledgeable about the rates charged by the Designating Party(ies)'s attorneys and paralegals in this Action and that those rates are fair and reasonable in federal courts in Texas and/or courts in Dallas County, Texas and that the work that they performed and strategy and actions and pleadings filed were necessary and reasonable.

The hourly rate charged the Designating Party(ies) for Rogge Dunn's, Joshua Iacuone's, Greg McAllister's, and/or the attorneys and paralegals at Rogge Dunn Group, P.C. and/or Iacuone McAllister Potter PLLC (collectively, the "Firms") work is, in the Attorneys' Fees Experts' opinion, reasonable for such work done in federal courts in Texas and/or courts in Dallas County, Texas.

Since 2019, the Attorneys' Fees Experts' standard hourly rate for new clients has ranged between $700 and $1,250 per hour which is reasonable for such work. Other fees rates in this Action include $485 to $950/hr for other partners with the Firms; $325 to $425/hr for other non-partner attorneys with the Firms; $200/hr for law clerks; and $195/hr for paralegals.

The mental impressions and opinions held by the Attorneys' Fees Experts and which they will express are that the hourly value of attorneys' fees incurred by the Designating Party(ies) to prosecute Designating Party(ies)'s claims, causes of action and/or defenses in this Action to date and through the time of trial have been and are reasonable and necessary in federal courts in Texas and/or courts in Dallas County, Texas; that the Attorneys' Fees Experts have had experience prosecuting and defending cases similar to this Action; that the hourly rates charged by the Designating Party(ies)'s attorneys and paralegals in this Action are fair and reasonable in federal courts in Texas and/or courts in Dallas County, Texas; that the work that they performed was necessary and reasonable.

The Attorneys' Fees Experts will testify that the services the Designating Party(ies)'s attorneys provided in this Action, prosecuting and/or defending against the types of claims and causes of action pled in this Action, were reasonable and necessary.

The Attorneys' Fees Experts will also testify regarding the experience, reputation and ability of Designating Party(ies)'s attorneys and incorporate their CVs herein, as if set forth verbatim.  The latest version of said CVs are available on each Firm's website, and incorporated herein for all purposes.

In the event Opposing Party(ies) seeks attorneys' fees and designates an expert on this issue, the

3

Attorneys' Fees Experts will also testify regarding whether the attorneys' fees that Opposing Party(ies) is seeking to recover in prosecuting the claims, defenses and issues raised in this Action and Opposing Party(ies)'s counterclaim(s), if any, and/or other claim(s), if any, giving rise to Opposing Party's request for attorneys' fees are reasonable and necessary.

The Attorneys' Fees Experts will also testify as to whether or not the attorneys' fees charged by Opposing Party(ies)'s attorneys and paralegals were reasonable and necessary and the hourly rates of other attorneys charged by the attorneys' for the Opposing Party(ies) in this Action are reasonable.

The Attorneys' Fees Experts will also testify regarding the experience, reputation and ability of Opposing Party(ies)'s attorneys and to the quality of the work they performed.

The Attorneys' Fees Experts' opinions regarding Opposing Party(ies)'s attorneys' fees are preliminary because Opposing Party(ies) has not yet produced any documents regarding Opposing Party(ies)'s attorneys' fees, any documents showing the hours worked or any substantive information regarding same. The Attorneys' Fees Experts cannot finalize their mental impressions and opinions until this information is provided and until Opposing Party(ies)'s experts, if any, on these issues have been properly designated, deposed and/or Opposing Party(ies) has at least provided more detailed information and documents.

See also, documents produced by the Parties in this Action and see also the deposition testimony given or to be given in this Action.

Respectfully submitted,

**IACUONE MCALLISTER POTTER PLLC**

*s/ Greg McAllister*
**Greg McAllister**
Texas State Bar No. 24071191
greg@imcplaw.com
**Joshua Iacuone**
Texas State Bar No. 24036818
josh@imcplaw.com
Energy Square One
4925 Greenville Ave., Suite 700
Dallas, Texas 75206
Telephone: (214) 432-1662

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, I served the foregoing via e-mail to counsel for parties of record.

*s/ Greg McAllister*
**Greg McAllister**

5